UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

BRENDAMARIE ALEXANDER,

                                    Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, CEDRIC HALL and CARMEL MACKLIN

                                    Defendant.

**DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

19-cv-07023 (DAB)

------------------------------------------------------------------------ x

**REBECCA G. QUINN**, declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an Assistant Corporation Counsel in the office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, attorney for defendants New York City Department of Education ("DOE"), Cedric Hall and Carmel Macklin in the above-captioned action. This declaration is submitted in support of defendant's motion to dismiss the Complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.

2. Defendant annexes the following document in support of its motion:

Exhibit 1: A copy of Plaintiff's Summons and Complaint, filed on July 26, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:     New York, New York
            September 17, 2019

                                                      By:     /s/
                                                                  REBECCA G. QUINN