UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brendamarie Alexander,

        Plaintiff,

        –v–

New York City Department of Education, et al.,

        Defendants.

19-cv-7023 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of the parties' status update letter dated March 12, 2020. Dkt. No. 24. The Court notes the parties' disagreement regarding discovery: while Plaintiff would like to set a date for mandatory disclosures pursuant to the Protocols for Counseled Employment Cases, Defendants would like to wait for a decision on the motion to dismiss or for a referral to mediation to engage in discovery. *Id.*

    Pursuant to the Protocols for Counseled Employment Cases, all counseled employment discrimination cases are automatically referred to the Southern District of New York's Alternative Dispute Resolution program of mediation *upon the filing of an answer*. Within 30 days of the filing of an answer in such cases, the parties must produce the information specified in the Pilot Discovery Protocols for Counseled Employment Cases.

    Because Defendants filed a motion to dismiss, Dkt. No. 17, an answer has not yet been filed in this case. If the parties would like a referral to mediation sooner than the Protocols for Counseled Employment Cases provide, they may request such a referral by letter filed on ECF.

    The Court will decide Defendants' motion to dismiss in due course.

1

SO ORDERED.

Dated: April 28, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge