UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brendamarie Alexander,

        Plaintiff,

–v–

New York City Department of Education, *et al.*,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/21

19-cv-7023 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    It is hereby ORDERED that the parties are to submit a Proposed Civil Case Management Plan and Joint Letter, as directed below, no later than **October 15, 2021**.

    In accordance with the Court's Individual Rules, the parties are to ECF file a Proposed Civil Case Management Plan. The parties shall use this Court's form Proposed Case Management Plan available at the Court's website (http://nysd.uscourts.gov/judge/Nathan). Included with the Proposed Civil Case Management Plan, the parties shall submit a joint status letter, which shall include the following information: (1) a brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations; (2) a list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any; (3) the estimated length of trial; and (4) any other information that the parties believe may assist this Court in resolving the action.

    SO ORDERED.

Dated: September 30, 2021
       New York, New York

1

_____
ALISON J. NATHAN
United States District Judge