USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brendamarie Alexander,

                    Plaintiff,

-against-

New York City Department of Education et al.,

                    Defendants.

1:19-cv-07023 (AJN) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Thursday, October 28, 2021, at 11:00 a.m. to discuss the Letter Motion filed by Plaintiff at ECF No. 39. Plaintiff shall file any reply no later than October 25, 2021.

    At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:    New York, New York
               October 20, 2021

_____
STEWART D. AARON
United States Magistrate Judge