UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/19/2021__

Brendamarie Alexander,

                              Plaintiff,

            -against-

New York City Department of Education et al.,

                              Defendants.

1:19-cv-07023 (AJN) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that the parties shall file a joint letter regarding the status of discovery on February 1, 2022.

**SO ORDERED.**

DATED:      New York, New York
            November 19, 2021

_____
STEWART D. AARON
United States Magistrate Judge