UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2022

Brendamarie Alexander,

        Plaintiff,

–v–

New York City Department of Education, et al.,

        Defendants.

19-cv-7023 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Defendant New York City Department of Education's objection to the Magistrate Judge's order, dated January 3, 2022. Dkt. No. 49. Plaintiff is hereby ORDERED to submit a response on or before February 2, 2022.

    SO ORDERED.

Dated: January 20, 2022
       New York, New York

                                    ALISON J. NATHAN
                                    United States District Judge