USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Brendamarie Alexander, | |
| Plaintiff, | 1:19-cv-07023 (AJN) (SDA) |
| -against- | |
| New York City Department of Education et al., | **ORDER** |
| Defendants. | |

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with the Court's Individual Practices, Plaintiff's response to Defendants' Letter Motion (ECF No. 54) was due no later than February 7, 2022 (three business days from the date the Letter Motion was filed). Plaintiff shall file any response no later than 5:00 p.m. tomorrow, February 9, 2022 or the Court will consider the Letter Motion as unopposed.

**SO ORDERED.**

DATED:	New York, New York
	February 8, 2022

_____
STEWART D. AARON
United States Magistrate Judge