USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brendamarie Alexander,

                Plaintiff,

-against-

New York City Department of Education et al.,

                Defendants.

1:19-cv-07023 (AJN) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Wednesday, February 23, 2022 at 2:00 p.m. to discuss Defendants' Letter Motion to compel. (Letter Motion, ECF No. 54.) At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:    New York, New York
                February 11, 2022

_____
STEWART D. AARON
United States Magistrate Judge