USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brendamarie Alexander,

                Plaintiff,

-against-

New York City Department of Education et al.,

                Defendants.

1:19-cv-07023 (AJN) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties yesterday, and for the reasons stated on the record, it is hereby Ordered that Defendants' Letter Motion (ECF No. 54) is GRANTED IN PART and DENIED IN PART as follows:

1. Defendants' request for medical authorizations is granted. No later than Thursday, March 3, 2022, Plaintiff shall provide such authorizations to Defendants.

2. Defendants' request for Plaintiff's tax returns is denied. However, no later than Thursday, March 3, 2022, Plaintiff shall produce to Defendants her W-2 forms for income earned from July 26, 2016, (three years prior to the date this lawsuit was filed) to the present.

3. No later than Thursday, March 17, 2022, Plaintiff shall file a Letter Motion to seal, including proposed redactions to Defendants' Letter Motion and Plaintiff's response. If Plaintiff agrees with the redactions to Defendants' Letter Motion filed at ECF No. 55 and/or is not seeking to file any portion of her response under seal she may, in the alternative, file a letter indicating as such.

The Court will address the parties' request to defer expert discovery regarding damages (*see* Status Report, ECF No. 37) by separate Order.

**SO ORDERED.**

DATED:    New York, New York
         February 24, 2022

_____
STEWART D. AARON
United States Magistrate Judge