UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brendamarie Alexander,

                Plaintiff,

-against-

New York City Department of Education et al.,

                Defendants.

1:19-cv-07023 (AJN) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1. Defendants' Motion to Seal (ECF No. 56) is GRANTED. The Letter Motion filed at ECF No. 54, which includes unredacted copies of Plaintiff's medical records, shall remain under seal. *Accord Spring v. Allegany-Limestone Cent. Sch. Dist.*, No. 14-CV-0476S, 2021 WL 4166628, at *1 (W.D.N.Y. Sept. 14, 2021) ("[C]ourts in this circuit regularly allow medical records to be filed under seal, finding that parties have a strong privacy interest in their medical information.") (citing cases). A redacted version of the Letter Motion is on the public docket at ECF No. 55. Plaintiff does not seek to seal her response to Defendants' Letter Motion (*see* ECF No. 58) and, thus, the Court will unseal that document.

2. Defendants' Letter Motion (ECF No. 63) is DENIED AS MOOT. The parties shall meet and confer regarding any continuation of Plaintiff's deposition.

The Clerk of Court is respectfully requested to unseal the document filed at ECF No. 58 and terminate the motion at ECF No. 64.

**SO ORDERED.**

DATED:    New York, New York
         March 18, 2022

_____
STEWART D. AARON
United States Magistrate Judge

2