UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BRENDAMRIE ALEXANDER,

                Plaintiff,,

                -v-

NEW YORK CITY DEPARTMENT OF EDUCATION
et al,

                Defendants.

------------------------------------------------------------------X

19-CV-7023 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Upon review of the docket, it appears that Defendant New York City Department of Education filed objections to the Magistrate Judge's Order, dated January 3, 2022, ECF No. 49, and has also filed a motion seeking reconsideration from the Magistrate Judge of that same Order, *see* ECF No. 70. In light of the latter, and to avoid any confusion, the objections are OVERRULED without prejudice to renewal following Magistrate Judge Aaron's ruling on the motion for reconsideration.

      SO ORDERED.

Dated: April 12, 2022
      New York, New York

                                              _____
                                                JESSE M. FURMAN
                                                United States District Judge