UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
                                                                    :
BRENDAMARIE ALEXANDER,                                              :
                                                                    :
                              Plaintiff,                            :        19-CV-7023 (JMF) (SDA)
                                                                    :
              -v-                                                   :        ORDER
                                                                    :
                                                                    :
NEW YORK CITY DEPARTMENT OF EDUCATION                               :
et al.,                                                             :
                                                                    :
                              Defendants.                           :
                                                                    :
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        It is hereby ORDERED that all parties appear for a pretrial conference with the Court on
**June 16, 2022** at **4:15 p.m.**

         The conference will be held remotely by telephone in accordance with Rule 2(B) of the
Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated
conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#)
key. Counsel should review and comply with the rules regarding teleconferences in the Court's
Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties,
**no later than 24 hours before the conference**, to send a joint email to the Court with a list of
counsel who may speak during the teleconference and the telephone numbers from which
counsel expect to join the call.

        SO ORDERED.

Dated: May 9, 2022
       New York, New York

_____
JESSE M. FURMAN
United States District Judge